**FILED**

MAR - 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RUIZ ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No.: 13-cv-0732 KAW<br><br>ORDER OF REDACTION |

On February 25, 2013, the Court ordered Plaintiff to file an amended complaint and *in forma pauperis* application without personal and confidential information, including, but not limited to, her social security number, California identification number, birthdate, and bank account number.

On March 1, 2013, the Court received a number of documents from Plaintiff, including a consent to proceed before a United States Magistrate Judge and a notice of a change of address. Most of these documents contain personal and confidential information.

In order to protect against the disclosure of Plaintiff's personal information, the Court orders as follows:

1. The original documents shall be filed under seal.

2. The Clerk of the Court shall redact the following information from the documents: Plaintiff's social security number; date of birth; California identification card number; and state of California benefits identification card number. The redacted documents should be publicly filed.

///

3. Plaintiff shall not include such information in future filings.

IT IS SO ORDERED.

DATE: March 4, 2013

*[signature]*
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ELENA RUIZ ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION et al,<br><br>    Defendant. | Case Number: CV13-00732 KAW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martha Elena Ruiz Ortiz
P.O. Box 2484
San Jose, CA 95109

Dated: March 4, 2013

*Cynthia J. Lenahan*
Richard W. Wieking, Clerk
By: Cynthia Lenahan, Deputy Clerk