**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA RUIZ ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No.: 13-cv-0732 KAW<br><br>ORDER REJECTING FILING |

On February 25, 2013, the Court ordered Plaintiff to file an amended complaint and *in forma pauperis* application without personal and confidential information, including, but not limited to, her social security number, California identification number, birthdate, and bank account number.

On February 25, 2013, the Court received a number of documents from Plaintiff, including an amended complaint and *in forma pauperis* application. Although the amended complaint and *in forma pauperis* application do not contain personal and confidential information as described above, Plaintiff has attached a copy of her driver's license and social security card, as well as a copy of someone else's California identification card, to the documents.

///

///

In order to protect against the disclosure of this information, and because the Court does not choose piecemeal which parts of a filing to accept, it is ORDERED that:

1. All of the documents shall not be filed on the docket, but shall be returned to Plaintiff.

2. Within 14 days of the date of this order, Plaintiff may re-file her amended complaint and *in forma pauperis* application.

3. Plaintiff shall not include her, or anyone else's, full social security number, California identification number, birthdate, or bank account number in the filings. Such personal identification information puts individuals at risk and is not necessary for the complaint or *in forma pauperis* application.

Failure to comply with this order may result in a recommendation that the case be dismissed.

IT IS SO ORDERED.

DATE: March 18, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE