# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RUIZ ORTIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No.: 13-cv-0732 KAW<br><br>ORDER DISMISSING CASE |

    Plaintiff, who is not represented by counsel, filed this social security case on February 14, 2013. Plaintiff has consented to the undersigned's jurisdiction.

    On March 18, 2013, the Court ordered Plaintiff to re-file her amended complaint and *in forma pauperis* application within 14 days. The time period elapsed, but Plaintiff did not file the documents. The Court warned Plaintiff that failure to comply with the order might result in the dismissal of the case.

    Accordingly, it is hereby ORDERED that the case is dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

DATE: April 12, 2013

                                               _____
                                               KANDIS A. WESTMORE
                                               UNITED STATES MAGISTRATE JUDGE