# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RUIZ ORTIZ,<br><br>   Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | Case No.: 13-cv-0732 KAW<br><br>JUDGMENT |

This matter having been fully considered, and the Court having determined that Plaintiff has failed to prosecute this case,

It is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

DATE: April 12, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE