FILED
APR 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARTHA RUIZ ORTIZ, | Case No.: 13-cv-0732 KAW |
|---|---|
| Plaintiff, | CLOSED CASE ORDER |
| vs. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

On April 12, 2013, this case was dismissed for failure to prosecute, and judgment was entered. On April 15, the San Francisco division of this Court received a letter from Plaintiff and two CDs.

In the letter, which is addressed to the Clerk of the Court, Plaintiff states that she is submitting "better proof" in support of her case. She received the two audio CDs from the California Department of Social Services in Sacramento. She apparently seeks Medi-Cal benefits. Plaintiff is advised that her claims are likely not properly brought in federal court, as Plaintiff does not seem to be alleging that she has been unlawfully denied federal social security benefits.

Because the case is closed, the Court will not take any action regarding Plaintiff's letter, and will not respond to further filings by Plaintiff. The Court has not reviewed the CDs. The Clerk of the Court shall return them to Plaintiff.

It is so ORDERED.

DATE: April 19, 2013

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE